```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY ZAPPIN,
                               Plaintiff,

                   -against-

JORGE DOPICO, ET AL.,
                               Defendants.
-------------------------------------------------------------X

19 Civ. 3781 (LGS)
19 Civ. 10573 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, *Anthony Zappin v. Jorge Dopico, et al.*, 19 Civ. 10573 ("*Zappin II*"), was designated as related to *Anthony Zappin v. Jorge Dopico, et al.*, 19 Civ. 3781 ("*Zappin I*");

        WHEREAS, Plaintiff has filed an application to proceed *in forma pauperis* in *Zappin II*. While this application is pending, no summonses have been issued and Defendants in *Zappin II* have not been served. It is hereby

        **ORDERED** that the parties in *Zappin I* shall appear for a telephone status conference on **December 10, 2019, at 10:30 a.m.** The parties shall jointly call the Court from one line at 212-805-0288. It is further

        **ORDERED** that Plaintiff's request to proceed *in forma pauperis* in *Zappin II* is GRANTED. Because Plaintiff is proceeding *in forma pauperis*, he is entitled to rely on the U.S. Marshals Service to effectuate service. Unless Plaintiff files a letter by **December 5, 2019**, in *Zappin II*, advising on alternative address(es) at which to serve Defendants, the Court will issue an order of service directing service of Defendants at their respective business addresses: (1) Jorge Dopico, Attorney Grievance Committee, 61 Broadway, New York, NY 10006, and (2) Ernest Collazo, Collazo & Keil LLP, 747 Third Avenue, New York, NY 10017.

The Clerk of Court is respectfully directed to close Dkt. No. 2 in 19 Civ. 10573.

Dated: December 3, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**