```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                            :   DOC #:_____
ANTHONY ZAPPIN,                             :   DATE FILED: 12/5/2019
                        Plaintiff,          :
                                            :   19 Civ. 3781 (LGS)
            -against-                       :
                                            :          ORDER
JORGE DOPICO, ET AL.,                       :
                        Defendants.         :
                                            :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephone status conference is scheduled on December 10, 2019, at 10:30 a.m. It is hereby

**ORDERED** that, due to a conflict in the Court's trial schedule, the telephone conference will instead take place on **Monday, December 9, at 5:15 p.m.** The parties shall jointly call the Court from one line at 212-805-0288.

Dated: December 5, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**