UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ZAPPIN,
                              Plaintiff,

               -against-

JORGE DOPICO, ET AL.,
                             Defendants.
------------------------------------------------------------X

19 Civ. 3781 (LGS)
19 Civ. 10573 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephone status conference was held on December 9, 2019. It is hereby

**ORDERED** that, as discussed at the conference, Plaintiff shall file an Amended Complaint in *Zappin v. Dopico, et al.,* 19 Civ. 10573 ("*Zappin II*"), by **December 13, 2019**. It is further

**ORDERED** that Plaintiff shall serve the Amended Complaint by **December 27, 2019**, and file proof of service on the docket. Although Plaintiff was granted *in forma pauperis* status in *Zappin II* and therefore is entitled to assistance for service from the U.S. Marshals, Plaintiff stated at the conference that he prefers to serve the Amended Complaint himself.

This Order does not affect any other deadline in the above-captioned cases.

Dated: December 10, 2019
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE