UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ANTHONY ZAPPIN,                                              :
                                      Plaintiff,             :
                                                             :       19 Civ. 3781 (LGS)
                        -against-                            :       19 Civ. 10573 (LGS)
                                                             :
JORGE DOPICO, ET AL.,                                        :              ORDER
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the December 10, 2019, Order requires Plaintiff to file an Amended

Complaint in *Zappin v. Dopico, et al.,* 19 Civ. 10573 ("*Zappin II*"), by December 13, 2019.

Plaintiff has not timely filed the Complaint.  It is hereby

        **ORDERED** that Plaintiff shall file the Amended Complaint in *Zappin II* as soon as

possible and no later than **December 23, 2019**.  As the December 10, 2019, Order provides,

Plaintiff shall serve the Amended Complaint by **December 27, 2019**.

        Failure to comply with Court Orders may result in sanctions, including dismissal of

*Zappin II* for failure to prosecute.

Dated: December 19, 2019
         New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE