**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANTHONY ZAPPIN,

                Plaintiff,

    -against-


EREST COLLAZO,

                Defendans.               19 **CIVIL**  3781 (LGS)
-------------------------------------------------------------X   19 **CIVIL** 10573 (LGS)
ANTHONY ZAPPIN,

                Plaintiff,        **JUDGMENT**

   against-


ERNEST COLLAZO,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2020, the Court has considered all of the arguments raised by the parties, and to the extent not specifically addressed, the arguments are either moot or without merit; Defendants' motions to dismiss are GRANTED, both actions *Zappin I* (19 Civ. 03781) and *Zappin II* (19 Civ. 10573 are dismissed, and both cases are closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

**Dated:**  New York, New York
       September 22, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                         Clerk of Court

                                        BY: _____
                                                         Deputy Clerk